■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROSEANNE RUTNIK, Appellant. [603 NYS2d 642] —Mercure, J. Appeal from a judgment of the County Court of Franklin County (Main, Jr., J.), rendered June 1, 1992, which revoked defendant's probation and imposed a sentence of imprisonment.

On defendant's plea of guilty to a reduced charge of criminal possession of a controlled substance in the third degree in October 1991, County Court sentenced defendant to a six-month period of incarceration, a $5,000 fine and lifetime probation pursuant to Penal Law § 65.00. County Court further directed that the financial aspects of the sentence, including the fine, a $150 mandatory surcharge and a $2 crime victim assistance fee, be reduced to an order and filed with the County Clerk as a judgment. Defendant did not appeal or otherwise challenge the sentence imposed by County Court in 1991. Defendant was subsequently brought before County Court on a declaration of delinquency and, as part of a plea bargain providing for a prison term of not more than 2½ to 7½ years, in May 1992 admitted that she violated a condition of her probation. On June 1, 1992, County Court revoked defendant's sentence of probation and sentenced her instead to a prison term of 2 to 6 years, with the monetary components of the original sentence, including the $5,000 fine, to "remain as previously imposed". Defendant now appeals, challenging only the $5,000 fine. As correctly contended by the People, the fine that defendant now contests was imposed in October 1991 and not at the time of the June 1, 1992 sentence.

As such, the appeal is untimely *(see,* CPL 450.30 [3]; 460.10 [1] [a]) and must be dismissed.

Weiss, P. J., Cardona, Mahoney and Casey, JJ., concur. Ordered that the appeal is dismissed.